Stephen Sakonchick, II
State Bar No. 17525500
Stephen Sakonchick II, P.C.
6836 Bee Caves Road, Suite 225
Austin, Texas  78746
(512) 329-0375
(512) 329-0376 (fax)
sakon@flash.net

Attorney for U.S. Bank, National Association

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| FRE Real Estate, Inc. § | Case No. 11-30210-bjh |
| § | Chapter 11 |
| Debtor § | |

_____

U.S. Bank, National Association's Notice of Appearance and
Demand for Service of Papers
_____

PLEASE TAKE NOTICE, that the undersigned appears for U.S. Bank National Association, a secured creditor and party-in-interest, and pursuant to Rules 2002, and 9007 of the Bankruptcy Rules demands that all notices given or required to be given in this case and all papers, documents and/or pleadings filed herein, served or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the office address and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, every order, application, motion, petition, pleading, request, complaint,

demand, or other document which is filed with or brought before the Court or which affects the debtor or the property of the debtor or of the estate (and any and all notices of hearing with respect to any of the foregoing), whether formal or informal, whether written or oral and whether transmitted or conveyed by mail delivery, telephone, telegraph, facsimile transmissions, telex and otherwise.

Dated: January 6, 2011

                              Respectfully submitted,

                              */s/ Stephen Sakonchick, II*
                              _____
                              Stephen Sakonchick, II
                              State Bar No. 17525500
                              Stephen Sakonchick II, P.C.
                              6836 Bee Caves Road, Suite 225
                              Austin, Texas  78746
                              (512) 329-0375
                              (512) 329-0376 (fax)
                              sakon@flash.net

                              Attorney for U.S. Bank, National Association

## Certificate of Service

The foregoing document has been duly served on all parties receiving electronic notice via the Court's ECF System on January 6, 2011.

                              */s/ Stephen Sakonchick, II*
                              _____
                              Stephen Sakonchick, II