Mark E. Andrews
State Bar No. 01253520
Aaron M. Kaufman
State Bar No. 24060067
COX SMITH MATTHEWS
INCORPORATED
1201 Elm Street, Suite 3300
Dallas, Texas 75270
(214) 698-7800
(214) 698-7899 (Fax)
mandrews@coxsmith.com
akaufman@coxsmith.com

COUNSEL FOR RMR
INVESTMENTS, INC.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Chapter 11 Case |
| FRE REAL ESTATE, INC. | § | |
| f/k/a TCI PARK WEST II, INC. | § | CASE NO. 11-30210 |
| | § | |
| DEBTOR. | § | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

COME NOW, Cox Smith Matthews Incorporated and files this Notice of Appearance and Request for Service of Papers as counsel for RMR INVESTMENTS, INC. ("RMR").

Pursuant to Rule 2002 of the Bankruptcy Rules, RMR requests that notices of any actions taken, adversary proceedings, contested matters, or motions filed by any other party-in-interest, including the Debtor or Trustee, be served on it at the following address:

Mark E. Andrews
Aaron M. Kaufman
Cox Smith Matthews Incorporated
1201 Elm Street, Suite 3300
Dallas, Texas 75270
Telephone: 214-698-7800
Facsimile: 214-698-7899
E-mail: mandrews@coxsmith.com
E-mail: akaufman@coxsmith.com

Further, pursuant to 11 U.S.C. § 1109(b) and Rule 2002 of the Bankruptcy Rules, RMR's request includes the notices and papers referred to in the rules specified above and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopy, telex or otherwise.

Further, this Notice of Appearance is not intended to be, and shall not constitute, a consent by RMR to the Bankruptcy Court's subject matter jurisdiction, personal jurisdiction, venue, or core jurisdiction, shall not constitute a waiver of strict service in connection with any adversary proceeding related to this bankruptcy case, and shall not constitute a waiver of RMR's: (i) right to have final orders in non-core matters entered only after de novo review by a District Court judge; (ii) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related in this case; (iii) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which RMR is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments RMR expressly reserves.

Respectfully submitted,

COX SMITH MATTHEWS INCORPORATED

By: */s/ Mark E. Andrews*
    Mark E. Andrews
    State Bar No. 01253520
    mandrews@coxsmith.com
    Aaron M. Kaufman
    State Bar No. 24060067
    akaufman@coxsmith.com

1201 Elm Street, Suite 3300
Dallas, Texas 75270
(214) 698-7800
(214) 698-7899 (Fax)

COUNSEL FOR RMR INVESTMENTS, INC.

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served this 7th day of January, 2011 either (1) electronically by the Court's PACER system or (2) by United States First Class Mail, postage prepaid, to the parties listed on the attached Service List.

                              */s/ Mark E. Andrews*
                              Mark E. Andrews