```
Label Matrix for local noticing          American Bank of Commerce              Armed Forces Bank, N.A. as successor by merg
0539-3                                   c/o Cameron Kinvig                     BRYAN CAVE LLP
Case 11-30210-bjh11                      Hunton & Williams LLP                  2200 Ross Avenue, Suite 3300
Northern District of Texas               1445 Ross Avenue, Suite 3700           Dallas, TX 75201-7965
Dallas                                   Dallas, TX 75202-2755
Tue Jan 18 18:06:07 CST 2011

Petra CRE CDO 2007-1, Ltd.               RMR Investments, Inc.                  State Bank of Texas
c/o Stutzman, Bromberg, Esserman & Plifk c/o Mark E. Andrews                    Stromberg Stock, PLLC
2323 Bryan Street                        Cox Smith Matthews Incorporated        c/o Mark Stromberg
Suite 2200                               1201 Elm Street                        5420 LBJ Freeway
Dallas, TX 75201-2655                    Suite 3300                             Two Lincoln Centre, Suite 300
                                         Dallas, TX 75270-2115                  Dallas, TX 75240

The Bank of Weatherford                  U.S. Bank, National Association        Valwood Improvement Authority
Attn: J. Mark Riebe, President           c/o Stephen Sakonchick II, P.C.        c/o Elizabeth Banda Calvo
PO Box 2170                              6836 Bee Caves Road, Suite 225         Perdue Brandon Fielder et al
Weatherford, TX 76086-7170               Austin, TX 78746-5095                  P O Box 13430
                                                                                Arlington, TX 76094-0430

1100 Commerce Street                     A-1 Service                            ABM Security
Room 1254                                555 Coolidge Street                    P. O. box 61000
Dallas, TX 75242-1305                    New Orleans, LA 70121-2422             San Francisco, CA 94161-0001


ADT Security Services                    ASI Business Solutions                 Access 1st Capital
P. O. Box 371956                         13701 Hutton Drive                     P. O. Box 1429
Pittsburgh, PA 15250-7956                Suite 102                              Denton, TX 76202-1429
                                         Dallas, TX 75234-9006


Access Techonology Systems               Action Automatic Sprinkler             Action Fire Alarm
4309 Reeder Drive                        P. O. Box 797                          P. O. Box 797
Carrollton, TX 75010-4444                Waxahachie, TX 75168-0797              Waxahachie, TX 75168-0797


Advanced Petroleum                       Air Performance Service                Alco Glass
P. O. Box 163704                         10625 Control Place                    1250 U.S. Highway 80 East
Fort Worth, TX 76161-3704                Dallas, TX 75238-1334                  Mesquite, TX 75149-1444


American Bank of Commerce                Aramark Uniform Service                Archibald & Associates
4901 West Park Blvd                      P. O. Box 36028                        13219 George Street
Suite 521                                Dallas, TX 75235-1028                  Dallas, TX 75234-5206
Plano, TX 75093-2301


Armed Forces Bank, NA                    Atlas Elevator Inspection              Beautiful House Cleaning
1100 Main Street                         2601 Hazlewood Place                   1427 Alpine Drive
P. O. Box 26458                          Garland, TX 75044-3728                 Allen, TX 75013-5002
Kansas City, MO 64196-6458


Bennett Weston & LaJone                  Bizzy Bees                             Blackmon Mooring
1750 Valley View Lane                    2812 Trinity Square Drive              315 North Great Southwest Parkway
Suite 120                                No. 100                                Arlington, TX 76011-6845
Dallas, TX 75234-9010                    Carrollton, TX 75006-2463
```

| | | |
|---|---|---|
| Blue Flash Sewer Service<br>P. O. Box 23243<br>New Orleans, LA 70183-0243 | Broadband IP<br>10500 Coursey Blvd.<br>Suite 106<br>Baton Rouge, LA 70816-4045 | C&D Commercial Services<br>5030 Dexham Road<br>No. 102<br>Rowlett, TX 75088-3848 |
| C&S Filter Co.<br>P. O. Box 870425<br>Mesquite, TX 75187-0425 | Call Source<br>21380 Oakcrest Drive<br>No. 3<br>Westlake Village, CA 91361 | Central City Lock & Key<br>336 Barrone<br>New Orleans, LA 70112-1627 |
| Century Link<br>P. O. Box 2961<br>Phoenix, AZ 85062-2961 | Certified Security Systems<br>3016 Galleria Drive<br>Metairie, LA 70001-2017 | Champion Commercial Builders<br>P. O. Box 740095<br>Dallas, TX 75374-0095 |
| City of Farmers Branch<br>P. O. Box 819010<br>Dallas, TX 75381-9010 | City of Kaufman<br>209 South Washington Street<br>Kaufman, TX 75142-2006 | Citywide Building Services<br>425 W. Mockingbird Lane<br>Dallas, TX 75247-6613 |
| Colonial Exterminating<br>93 Palmetto<br>Kenner, LA 70065-6826 | Comm Fit<br>4545 Spring Valley Road<br>Suite 100<br>Dallas, TX 75244-3706 | Community Waste Disposal<br>2010 California Crossing<br>Dallas, TX 75220-2310 |
| Complete Sweep<br>P. O. Box 48055<br>Fort Worth, TX 76148-0055 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | Coppell Heating & Air Conditioning<br>P. O. Box 406<br>Coppell, TX 75019-0406 |
| Corporate Green, Inc.<br>P. O. Box 820725<br>Dallas, TX 75382-0725 | Cort Furniture<br>5432 West Chester Road<br>West Chester, OH 45069-2950 | Dallas Building Owners<br>1717 Main Street<br>No. 2440-LB-9<br>Dallas, TX 75201-4612 |
| Dallas County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Laurie Spindler Huffman<br>2323 Bryan Street Ste 1600<br>Dallas, Texas 75201-2644 | Dallas County Tax Office<br>500 Elm Street<br>Records Building<br>Dallas, TX 75202-3304 | Daryan Display<br>3145 Halifax Street<br>Dallas, TX 75247-6013 |
| David Weitman<br>K&L Gates<br>Suite 2800<br>1717 Main Street<br>Dallas, TX 75201-7342 | David Weitman, Esq.<br>Daniel I. Morenoff, Esq.<br>K & L Gates LLP<br>1717 Main Street, Suite 2800<br>Dallas, TX 75201-7342 | Denitech<br>820 West Sandy Lake Road<br>No. 100<br>Coppell, TX 75019-3875 |
| Designer Draperies & Floors<br>P. O. Box 24880<br>Fort Worth, TX 76124-1880 | EQK Holdings, LLC<br>1800 Valley View Lane<br>Suite 300<br>Dallas, TX 75234-8945 | Eddie Vassallo, P.C.<br>3710 Rawlins<br>Suite 1200<br>Dallas, TX 75219-6410 |

| | | |
|---|---|---|
| Empire Janitorial Sales<br>3510 N. Causeway Blvd.<br>Suite 505<br>Metairie, LA 70002-3540 | Entech Sales & Service<br>P. O. Box 650110<br>Dallas, TX 75265-0110 | Entos Design, Inc.<br>5400 LBJ Freeway<br>Suite 125<br>Dallas, TX 75240-1005 |
| FRE Real Estate, Inc.<br>1750 Valley View Lane<br>Suite 400<br>Dallas, TX 75234-9010 | Fast Signs of North Dallas<br>5920 Beltline Road<br>Suite 300<br>Dallas, TX 75254-9129 | Federal Express<br>P. O. Box 660481<br>Dallas, TX 75266-0481 |
| Filgo Oil Co.<br>P. O. Box 565421<br>Dallas, TX 75356-5421 | First Bank & Trust<br>9816 Slide Road<br>Lubbock, TX 79424-5781 | First Bank & Trust Co.<br>Attn: Kyle Mauldin<br>9816 Slide Road<br>Lubbock, TX 79424-5781 |
| For Rent Magazine<br>75 Remittance Drive<br>No. 1711<br>Chicago, IL 60675-1001 | Four Walls<br>P. O. Box 248<br>Narberth, PA 19072-0248 | Fresh Scent Air Deodorizers<br>P. O. Box 121054<br>Arlington, TX 76012-1054 |
| Geary Porter & Donovan, P.C.<br>16475 Dallas Parkway<br>Suite 400<br>Addison, TX 75001-6837 | Glast Phillips & Murray, PC<br>2000 One Galleria Tower<br>13355 Noel Road<br>Dallas, TX 75240-6602 | Grainger<br>P. O. Box 419267<br>Kansas City, MO 64141-6267 |
| Gray Painting Company<br>9990 Monroe Drive<br>Suite 224<br>Dallas, TX 75220-1421 | Grubb & Ellis<br>5430 LBJ Freeway<br>Suite 1400<br>Dallas, TX 75240-2639 | HD Supply<br>P. O. Box 509058<br>San Diego, CA 92150-9058 |
| Henry & Jones<br>2902 Carlisle Street<br>Suite 250<br>Dallas, TX 75204-4080 | Hesse & Hesse, LLP<br>1518 Legacy Drive<br>Frisco, TX 75034-6038 | Highland Capital Management, L.P.<br>as Special Servicer<br>c/o Michael D. Warner, Esq.<br>Cole, Schotz, Meisel, Forman & Leonard,<br>301 Commerce Street, Ste 1700<br>Ft. Worth, TX 76102-4126 |
| Home Depot<br>P. O. Box 6031<br>The Lakes, NV 88901-6031 | Hopson Service Co.<br>P. O. Box 764857<br>Dallas, TX 75376-4857 | IBS<br>P. O. Box 59975<br>Dallas, TX 75229-1975 |
| IESI<br>2138 Country Lane<br>Mc Kinney, TX 75069-1240 | IMS, Inc.<br>P. O. Box 400<br>Rockwall, TX 75087-0400 | Imagenet Office Systems<br>P. O. Box 26340<br>Oklahoma City, OK 73126-0340 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Interprise Design<br>P. O. Box 671275<br>Dallas, TX 75267-1275 |

| | | |
|---|---|---|
| Jason A. Starks<br>Assistant Attorney General<br>Bankruptcy & Collections Division<br>PO Box 12548<br>Austin, TX 78711-2548 | K Thompson Electric<br>670 International Pkwy<br>Suite 160<br>Richardson, TX 75081-6604 | Keith Aurzada<br>Bryan Cave<br>2200 Ross Avenue<br>Suite 3300<br>Dallas, TX 75201-7965 |
| Keith M. Aurzada<br>John C. Leininger<br>BRYAN CAVE, LLP<br>2200 Ross Avenue, Suite 3300<br>Dallas, TX 75201-7965 | Kent D. Hale<br>Craig Terrill Hale & Grantham, LLP<br>9816 Slide Road<br>Suite 201<br>Lubbock, TX 79424-5781 | Kentwood Spring Water<br>P. O. Box 660579<br>Dallas, TX 75266-0579 |
| Kings III<br>751 Canyon Drive<br>No. 100<br>Coppell, TX 75019-3856 | Leslie's Pool Supplies<br>P. O. Box 501162<br>Saint Louis, MO 63150-1162 | Linebarger Goggan Blair & Sampson<br>2323 Bryan Street<br>Suite 1600<br>Attn: Laurie Huffman<br>Dallas, TX 75201-2644 |
| Lockton Companies of Dallas<br>P. O. Box 671195<br>Dallas, TX 75267-1195 | Los Colinas Association<br>122 West Carpenter Freeway<br>Suite 550<br>Irving, TX 75039-2098 | Lowes<br>P. O. Box 530954<br>Atlanta, GA 30353-0954 |
| MITEC Net<br>4475 River Green Pkwy<br>Suite 300<br>Duluth, GA 30096-8320 | Maintenance Wholesale Supply<br>P. O. Box 8994<br>Gulfport, MS 39506-8994 | Mark Andrews<br>Cox Smith Matthews, Inc.<br>1201 Elm Street, Suite 3300<br>Dallas, TX 75270-2115 |
| Mark Stromberg<br>Stromberg/Stock<br>Two Lincoln Center, Suite 300<br>5420 LBJ Freeway<br>Dallas, TX 75240-6222 | McGlinchey Stafford, PLLC<br>P. O. Box 2153<br>Birmingham, AL 35287-0002 | Michael Warner<br>Cole Schotz Meisel Forman & Leonard<br>301 Commerce Street<br>Suite 1700<br>Fort Worth, TX 76102-4126 |
| Mustang Lighting, Inc.<br>3520 West Miller Road<br>Suite 130<br>Garland, TX 75041-6031 | My New Place<br>343 Sansome Street<br>No. 700<br>San Francisco, CA 94104-1303 | Myers Pest & Termite Service<br>P. O. Box 210009<br>Bedford, TX 76095-7009 |
| NAI Robert Lynn<br>4851 LBJ Freeway<br>Suite 1000<br>Dallas, TX 75244-6079 | NE Construction<br>420 Southfork Drive<br>Lewisville, TX 75057-3081 | NEC America Corporate Center<br>6535 N. State Highway 11<br>Irving, TX 75039 |
| Northland Cable<br>1500 North Beaton<br>Corsicana, TX 75110-2320 | Overland & Associates<br>P. O. Box 836455<br>Richardson, TX 75083-6455 | Ozarka<br>P. O. Box 856680<br>Louisville, KY 40285-6680 |
| Park Cities Resources<br>P. O. Box 678138<br>Dallas, TX 75267-8138 | Partsmaster<br>P. O. Box 655326<br>Dallas, TX 75265-5326 | Pate Engineers, Inc.<br>8150 Brookriver Drive<br>Dallas, TX 75247-4068 |

| | | |
|---|---|---|
| Petra CRE CDO 2007-1, Ltd.<br>c/o Stutzman, Bromberg, Esserman & Plifk<br>2323 Bryan Streeet<br>Suite 2200<br>Dallas, Texas 75201-2655 | Petra Mortgage Capital Corp<br>4665 Southwest Freeway<br>Houston, TX 77027-7213 | Piper Weatherford<br>P. O. Box 550428<br>Dallas, TX 75355-0428 |
| Pitney Bowes<br>P. O. Box 371874<br>Pittsburgh, PA 15250-7874 | Plant Place<br>10704 Goodnight Lane<br>Dallas, TX 75220-2409 | Plant gallery<br>9401 Airline Drive<br>New Orleans, LA 70118-1804 |
| Pollard Plastics Corp.<br>636 Third Avenue<br>Dallas, TX 75226-2014 | Precision Water Technologies<br>4287 Beltline Road<br>No. 286<br>Addison, TX 75001-4510 | Preservation Assessment Services<br>3316 Oak Grove Ave.<br>Suite 200<br>Dallas, TX 75204-2387 |
| Pride Restroom Services<br>4912 Greenville Avenue<br>Dallas, TX 75206-4024 | Prime Income Asset Management<br>1800 Valley View Lane<br>Suite 300<br>Dallas, TX 75234-8945 | Propel Financial Services<br>P. O. Box 100350<br>San Antonio, TX 78201-1650 |
| Quality Floors Contractors<br>1225 Tappan Circle<br>Carrollton, TX 75006-6911 | RDRC Services, Inc.<br>6256 Green Valley Circle<br>Aubrey, TX 76227-4044 | RMR Investments<br>212 South Palm Ave.<br>Suite 200<br>Alhambra, CA 91801-3105 |
| RMR Investments, Inc.<br>c/o Mark E. Andrews<br>Cox Smith Matthews Incorporated<br>1201 Elm Street, Suite 3300<br>Dallas, Texas 75270-2115 | Rankin Services<br>302 Walnut Street<br>Terrell, TX 75160-1646 | RealPage<br>P.O. Box 671777<br>Dallas, TX 75267-1777 |
| Regency Office Products<br>P. O. Box 568629<br>Dallas, TX 75356-8629 | Regions Bank<br>P. O. Box 11407<br>Birmingham, AL 35246-0100 | Regis Property Management<br>1800 Valley View Lane<br>Suite 200<br>Dallas, TX 75234-8944 |
| Reliant Energy<br>P. O. Box 12120954<br>Dallas, TX 75312-0001 | Renaissance Metals<br>P. O. Box 186<br>Forsyth, MO 65653-0186 | Robert Bernier<br>Wells Fargo Capital Finance<br>1100 Abernathy Road<br>Suite 1600<br>Atlanta, GA 30328-5657 |
| Romack Company<br>1341 W. Mockingbird<br>Suite 145E<br>Dallas, TX 75247-4966 | SCS Electric<br>69 Hyacinth Drive<br>Covington, LA 70433-9109 | Schulte Roth & Zabel<br>919 Third Avenue<br>New York, NY 10022-3921 |
| Sidney Wicks Revocable Trust<br>5743 Corsa Ave.<br>No. 216<br>Thousand Oaks, CA 91362-4027 | Sparkletts & Sierra Springs<br>P. O. Box 660579<br>Dallas, TX 75266-0579 | Sprint<br>P. O. Box 4181<br>Carol Stream, IL 60197-4181 |

Stat Office Supply
P. O. Box 10370
New Orleans, LA 70181-0370

State Bank of Texas
11950 Webb Chapel Road
Dallas, TX 75234-7724

State Bank of Texas
c/o Mark Stromberg
Stromberg Stock, PLLC
5420 LBJ Freeway, Suite 300
Dallas, TX 75240-6271

Steinmetz & Associates
650 Poydras Street
Suite 1425
New Orleans, LA 70130-6202

Stephen Sakonchick, II
6836 Bee Caved Road
Suite 225
Austin, TX 78746-5095

Stewart & Stevenson
P. O. Box 200441
Houston, TX 77216-0441

Superior Floors
101 Wrangler Drive
Suite 205
Coppell, TX 75019-4659

TLC Painting
521 Stroud Lane
Garland, TX 75043-5443

Tam's Glass Company
10820 County Road 124
Kaufman, TX 75142-4800

Templeman Electric
P. O. Box 1764
Terrell, TX 75160-0031

Teter's Faucet Parts
P. O. Box 141075
Dallas, TX 75214-1075

Texas Attorney General
1412 Main Street
Suite 810
Dallas, TX 75202-4065

Texas Comptroller of Public Accounts
Jason Starks
P.O. Box 12548
Austin, TX 78711-2548

Texas Safe & Lock
1111 Jupiter Road
Suite 110A
Plano, TX 75074-7094

Transcontinental Realty Acquisition Corp
1800 Valley View Lane
Suite 300
Dallas, TX 75234-8945

Trinity Valley Electric
P. O. Box 888
Kaufman, TX 75142-0888

U.S. Bank, National Association
c/o Stephen Sakonchick II, P.C.
6836 Bee Caves Road, Suite 225
Austin, Texas 78746-5095

US Bank
P. O. Box 790386
Saint Louis, MO 63179-0386

United Cab Co.
1634 Euterpe
New Orleans, LA 70130-4434

Universal Supply
4931 Bloomfield Street
New Orleans, LA 70121-1004

VMC Landscaping
2433 Merrell Road
Dallas, TX 75229-4516

Valwood Improvment Authority
c/o Elizabeth Banda Calvo
Perdue Brandon Fielder et al
P O Box 13430
Arlington, Texas 76094-0430

Velocity
P. O. Box 671622
Dallas, TX 75267-1622

Ventura Uniform Service
2659 Lexington Avenue
Kenner, LA 70062-5370

Venture Mechanical
2222 Century Circle
Irving, TX 75062-4902

Weatherproofing Services
2336 Oak Grove Lane
Aubrey, TX 76227-7229

Weir Brothers
P. O. Box 541793
Dallas, TX 75354-1793

Wells Fargo Capital Finance
Robert Bernier, Vice President
1100 Abernathy Rd. Ste. 1600
Atlanta, GA 30328-5657

Wells Fargo Capital Finance - Southern Regio
Victor Barwig, Sr. VP
Loan Portfolio Manager
1100 Abernathy Road, Suite 1600
Atlanta, GA 30328-5657

Wells Fargo/Foothill
2450 Colorado Ave.
Suite 300
Santa Monica, CA 90404-3575

| | | |
|---|---|---|
| Zee Medical<br>P. O. Box 781553<br>Indianapolis, IN 46278-8553 | Zenith Roofing Services<br>P. O. Box 11383<br>Fort Worth, TX 76110-0383 | John P. Lewis Jr.<br>Law Office of John P. Lewis, Jr.<br>1412 Main St. Ste. 210<br>Dallas, TX 75202-4071 |
| Patrick J. Neligan Jr.<br>Neligan Foley LLP<br>325 N. St. Paul, Suite 3600<br>Dallas, TX 75201-3833 | UST U.S. Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-1011 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Comptroller of Public Accounts<br>Revenue Accounting Division<br>Bankruptcy Section<br>P. O. Box 13528<br>Austin, TX 78711 | Internal Revenue Service<br>Special Procedures Staff<br>Mail Code 5027DAL<br>1100 Commerce, Room 9B8<br>Dallas, TX 75242 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Dallas County | (u)Highland Capital Management, LP | (d)First Bank & Trust, Co.<br>Attn: Kyle Mauldin<br>9816 Slide Road<br>Lubbock, TX 79424-5781 |
| (u)NexBank<br>13455 Noel Road<br>22nd Floor<br>OK 74240 | (d)The Bank of Weatherford<br>Attn: J. Mark Riebe, President<br>PO Box 2170<br>Weatherford, TX 76086-7170 | (u)Wells Fargo Capital Finance, Inc. |

End of Label Matrix
Mailable recipients    184
Bypassed recipients      6
Total                  190