BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: FRE Real Estate, Inc. | EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING THE DEBTOR TO USE CASH COLLATERAL AND TO PROVIDE ADEQUATE PROTECTION TO PRE–PETITION SECURED LENDERS (52) | Case # 11–30210–bjh11 |

**DEBTOR**

**TYPE OF HEARING**

FRE Real Estate, Inc.

*VS*

**PLAINTIFF / MOVANT**

**DEFENDANT / RESPONDENT**

Doug Buncher

**ATTORNEY**

**ATTORNEY**

### EXHIBITS

Debtor Exhibit 1 – Information for initial Debtor Interview

Debtor Exhibit 2 – Collection of Budgets covering Jan., Feb. and March

Debtor Exhibit 3 – Detailed version of the DX 2 Budgets

| | | |
|---|---|---|
| Nicole Whittington | 1/20/2011 | Barbara J. Houser |
| REPORTED BY | HEARING DATE | JUDGE PRESIDING |