**ELECTRONICALLY RECORDED**          2011001175
                         TRV      5      PGS

## GENERAL WARRANTY DEED

| | |
|---|---|
| **THE STATE OF TEXAS** § | |
| § | **KNOW ALL MEN BY THESE PRESENTS:** |
| **COUNTY OF TRAVIS** § | |

**THORNWOOD LAND AND CATTLE, LLC**, a Nevada limited liability company (the "Grantor"), for and in consideration of the sum of Ten and No/100 Dollars ($10.00) cash and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, paid by **FENTON REAL ESTATE, INC.**, a Nevada corporation (the "Grantee"), whose address is 1750 Valley View Land, Suite 440, Dallas, Texas 75234, HAS GRANTED, BARGAINED, SOLD and CONVEYED, and by these presents DOES GRANT, BARGAIN, SELL and CONVEY unto Grantee that certain tract of land (the "Land") situated in Travis County, Texas, and described on **Exhibit "A"** which is attached hereto and incorporated herein by reference for all purposes; together with all of Grantor's right, title and interest in and to the rights and appurtenances pertaining solely to such Land, including any right, title and interest of Grantor in and to the centerline of adjacent roads, streets, alleys or rights-of-way to the extent (but only to the extent) that the same relate to the Land, (all of such Land, rights and appurtenances being hereinafter collectively referred to as the "Property").

This conveyance is made subject, however, to the matters of record as of the date hereof.

TO HAVE AND TO HOLD the Property unto Grantee, and Grantee's successors and assigns forever, and Grantor does hereby bind Grantor, and Grantor's successors and assigns, to WARRANT and FOREVER DEFEND, all and singular the Property unto Grantee and Grantee's successors and assigns, against every person whomsoever lawfully claiming or to claim the same or any part thereof, and subject, however, as aforesaid.

[Signature and Acknowledgment to Follow]



**GENERAL WARRANTY DEED** – Page 1
402004_1 – 2010 – Thornwood – Travis GWD1 – 6623.25

**EXECUTED** effective as of this 23rd day of December, 2010.

**GRANTOR:**  THONRWOOD LAND AND CATTLE, LLC,
a Nevada limited liability company

By: _____
Steven A. Shelley, Vice President

**THE STATE OF TEXAS** §
§
**COUNTY OF DALLAS** §

This instrument was acknowledged before me on this 23rd day of December, 2010, by Steven A. Shelley, as Vice President of **THORNWOOD LAND AND CATTLE, LLC**, a Nevada limited liability company, on behalf of such company.


ALICE D. BUETO
MY COMMISSION EXPIRES
July 25, 2014

_____
Notary Public in and for the State of Texas

**GENERAL WARRANTY DEED** – Page 2
402004_1 – 2010 – Thornwood – Travis GWD1 – 6623.25

# EXHIBIT "A"

Legal Description

EXHIBIT "A"

A DESCRIPTION OF 9.961 ACRES OUT OF THE JOHN SWISHER SURVEY NO 32, AND THE JOHN BROOKE SURVEY NO. 59, AND BEING ALL OF TRACT 2 AS DESCRIBED IN VOLUME 11575, PAGE 2219 OF THE DEED RECORDS OF TRAVIS COUNTY, TEXAS; SAID 9.961 ACRES BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING at a square bolt found at a northern corner of the 9.961 acre tract, being also an exterior corner of Lot 3, Block A of Park 35, a subdivision of record in Volume 84, Page 140-C of the Plat Records of Travis County, Texas, and being also in the east line of a 12.33 acre tract described in Volume 3603, Page 1174 of the Deed Records of Travis County;

THENCE South 40 degrees 25 minutes 10 seconds East, with the common boundary of said Lot 3, 485.33 feet (record South 40 degrees 25 minutes 54 seconds East, 485.46 feet) to a calculated point, from which ½" rebar found in concrete bears South 00 degrees 24 minutes 20 seconds East, a distance of 0.56 feet;

THENCE South 27 degrees 20 seconds 55 seconds West, with the common line of the boundary of Park 35, at 69.15 feet passing a ½" rebar found in the north right-of-way line of Walnut Park Crossing (80 feet right-of-way), and at 165.92 feet passing a ½" rebar found at in the south right-of-way line of Walnut Park Crossing, in all a distance of 613.76 feet to a 60d nail found in a cedar stump (record South 27 degrees 20 minutes 54 seconds West, 613.85 feet);

THENCE South 30 degrees 11 minutes 50 seconds West, continuing with the common boundary of Park 35, a distance of 44.17 feet to an axle found (record South 30 degrees 12 minutes 06 seconds West, 44.12 feet);

THENCE South 27 degrees 30 minutes 50 seconds West, continuing with the common boundary of Park 35, a distance of 36.00 feet to a point in the centerline of Big Walnut Creek (record South 27 degrees 31 minutes 06 seconds West, 36.00 feet), being also in the north line of a 24.827 acre tract described in Volume 9975, Page 621 of the Deed Records of Travis County, Texas;

THENCE with the centerline of Big Walnut Creek, the following four (4) courses:

1.  North 36 degrees 01 minutes 13 seconds West, a distance of 364.39 feet;
2.  North 50 degrees 49 minutes 58 seconds West, a distance of 143.24 feet;
3.  North 55 degrees 30 minutes 58 seconds West, a distance of 114.29 feet;
4.  North 52 degrees 54 minutes 53 seconds West, a distance of 211.66 feet to a point in the approximate east right-of-way of Old State Highway No. 2, abandoned by the Travis County Commissioners Court as described in Volume X, Page 430 of the Commissioners Court Minutes;

THENCE with the approximate east line of the Old Highway, following two (2) courses:

1. North 24 degrees 08 minutes 57 seconds East, a distance of 76.66 feet to a ½" rebar found (record North 24 degrees 08 minutes 22 seconds East, 76.66 feet);
2. North 24 degrees 08 minutes 57 seconds East, a distance of 296.83 feet to a ½" rebar found (record North 24 degrees 08 minutes 22 seconds East, 296.93 feet) at a corner of the 12.33 acre tract;

THENCE South 51 degrees 16 minutes 31 seconds East, a distance of 359.70 feat to a 5/8" rebar found at a corner of the 12.33 acre tract (record South 51 degrees 15 minutes 22 seconds East, 359.64 feet);

THENCE North 28 degrees 55 minutes 58 seconds East, with the common line of the 12.33 acre tract, a distance of 333.03 feet (record North 29 degrees 14 minutes East, 333.40 feet) to the POINT OF BEGINNING, containing 9.961 acres of land, more or less.

FILED AND RECORDED
OFFICIAL PUBLIC RECORDS

Dana DeBeauvoir

DANA DEBEAUVOIR, COUNTY CLERK
TRAVIS COUNTY, TEXAS
January 04 2011 12:53 PM
FEE: $ 32.00    2011001175