ELECTRONICALLY RECORDED 201100001405
01/04/2011 02:52:12 PM DEED 1/4

## GENERAL WARRANTY DEED

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | |
| | § | **KNOW ALL MEN BY THESE PRESENTS:** |
| **COUNTY OF DALLAS** | § | |

**THORNWOOD LAND AND CATTLE, LLC**, a Nevada limited liability company (the "Grantor"), for and in consideration of the sum of Ten and No/100 Dollars ($10.00) cash and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, paid by **FENTON REAL ESTATE, INC.**, a Nevada corporation (the "Grantee"), whose address is 1750 Valley View Land, Suite 440, Dallas, Texas 75234, HAS GRANTED, BARGAINED, SOLD and CONVEYED, and by these presents DOES GRANT, BARGAIN, SELL and CONVEY unto Grantee that certain tract of land (the "Land") situated in Dallas County, Texas, and described on **Exhibit "A"** which is attached hereto and incorporated herein by reference for all purposes; together with all of Grantor's right, title and interest in and to the rights and appurtenances pertaining solely to such Land, including any right, title and interest of Grantor in and to the centerline of adjacent roads, streets, alleys or rights-of-way to the extent (but only to the extent) that the same relate to the Land, (all of such Land, rights and appurtenances being hereinafter collectively referred to as the "Property").

This conveyance is made subject, however, to the matters of record as of the date hereof.

TO HAVE AND TO HOLD the Property unto Grantee, and Grantee's successors and assigns forever, and Grantor does hereby bind Grantor, and Grantor's successors and assigns, to WARRANT and FOREVER DEFEND, all and singular the Property unto Grantee and Grantee's successors and assigns, against every person whomsoever lawfully claiming or to claim the same or any part thereof, and subject, however, as aforesaid.

[Signature and Acknowledgment to Follow]



GENERAL WARRANTY DEED – Page 1
402003_1 – 2010 – Thornwood – Dallas GWD1 – 6623.25

**EXECUTED** effective as of this 23rd day of December, 2010.

**GRANTOR:**         **THORNRWOOD LAND AND CATTLE, LLC,**
a Nevada limited liability company

By: _____
Steven A. Shelley, Vice President

**THE STATE OF TEXAS** §
§
**COUNTY OF DALLAS** §

This instrument was acknowledged before me on this 23rd day of December, 2010, by Steven A. Shelley, as Vice President of **THORNWOOD LAND AND CATTLE, LLC**, a Nevada limited liability company, on behalf of such company.



_____
Notary Public in and for the State of Texas

GENERAL WARRANTY DEED – Page 2
402003_1 – 2010 – Thornwood – Dallas GWD1 – 6623.25

# EXHIBIT "A"

Legal Description

## EXHIBIT "A"

BEING Lot 2, Block G of Las Colinas Urban Center Installment No. 30, an Addition to the City of Irving, Dallas County, Texas, according to the Plat thereof recorded in Volume 85144, Page 2753 of the Map Records of Dallas County, Texas.

**Filed and Recorded
Official Public Records
John F. Warren, County Clerk
Dallas County, TEXAS
01/04/2011 02:52:12 PM
$28.00
201100001405**

