Kaufman County
Laura Hughes
County Clerk

## Instrument Number: 2011-0000062

### WARRANTY DEED

**Party:** _____TCI HUNTERS GELN INC_____   **Billable Pages:** 4
**Number of Pages:** 5

| FILED AND RECORDED – REAL RECORDS | CLERKS COMMENTS |
|---|---|
| **On:** 01/04/2011 at 01:47 PM | WALK IN |
| **Document Number:** 2011-0000062 | |
| **Receipt No:** 11-070 | |
| **Amount:** $ 28.00 | |
| **Vol/Pg:** V:3881 P:120 | |



STATE OF TEXAS
COUNTY OF KAUFMAN
I hereby certify that this instrument was filed on the date and time stamped hereon by me and was duly recorded in the Official Public Records of Kaufman County, Texas.

*Laura A. Hughes*

Laura Hughes, County Clerk

**Recorded By:** _____Cynthia Ramirez_____, Deputy

ANY PROVISION HEREIN WHICH RESTRICTS THE SALE, RENTAL, OR USE OF THE DESCRIBED REAL PROPERTY BECAUSE OF COLOR OR RACE IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.

---

**Record and Return To:**
BENNETT WESTON LAJONE AND TURNER PC
1750 VALLEYVIEW LANE #120
DALLAS, TX   75234





Ex 11

INST # 2011-0000062

# GENERAL WARRANTY DEED

| THE STATE OF TEXAS | § | |
| --- | --- | --- |
| | § | KNOW ALL MEN BY THESE PRESENTS: |
| COUNTY OF KAUFMAN | § | |

TCI HUNTERS GLEN, INC., a Nevada corporation (the "Grantor"), for and in consideration of the sum of Ten and No/100 Dollars ($10.00) cash and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, paid by **FENTON REAL ESTATE, INC.**, a Nevada corporation (the "Grantee"), whose address is 1750 Valley View Land, Suite 440, Dallas, Texas 75234, HAS GRANTED, BARGAINED, SOLD and CONVEYED, and by these presents DOES GRANT, BARGAIN, SELL and CONVEY unto Grantee that certain tract of land (the "Land") situated in Kaufman County, Texas, and described on **Exhibit "A"** which is attached hereto and incorporated herein by reference for all purposes; together with all of Grantor's right, title and interest in and to the rights and appurtenances pertaining solely to such Land, including any right, title and interest of Grantor in and to the centerline of adjacent roads, streets, alleys or rights-of-way to the extent (but only to the extent) that the same relate to the Land, (all of such Land, rights and appurtenances being hereinafter collectively referred to as the "Property").

This conveyance is made subject, however, to the matters of record as of the date hereof.

TO HAVE AND TO HOLD the Property unto Grantee, and Grantee's successors and assigns forever, and Grantor does hereby bind Grantor, and Grantor's successors and assigns, to WARRANT and FOREVER DEFEND, all and singular the Property unto Grantee and Grantee's successors and assigns, against every person whomsoever lawfully claiming or to claim the same or any part thereof, and subject, however, as aforesaid.

[Signature and Acknowledgment to Follow]

**EXECUTED** effective as of this 23rd day of December, 2010.

**GRANTOR:**  **TCI HUNTERS GLEN, INC.,**
a Nevada corporation

By: 
Steven A. Shelley, Vice President

**THE STATE OF TEXAS** §
§
**COUNTY OF DALLAS** §

This instrument was acknowledged before me on this 23rd day of December, 2010, by Steven A. Shelley, as Vice President of **TCI HUNTERS GLEN, INC.**, a Nevada corporation, on behalf of such corporation.

ALICE D. BUETO
MY COMMISSION EXPIRES
July 25, 2014

Notary Public in and for the State of Texas

**GENERAL WARRANTY DEED** – Page 2
401989_1 – 2010 – Bridgewood – GWD1 – 7967.30

# EXHIBIT "A"

Legal Description

## EXHIBIT A

Lot 1A, Block A of Five Points Addition, an Addition to the City of Kaufman, Texas, according to the plat thereof recorded in Cabinet 2, Page 715 of the Plat Records of Kaufman County, Texas.

INST # 2011-0000062
Filed for record in Kaufman County
On: 1/4/11 at 1:47 PM