B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Texas

In re  FRE Real Estate, Inc.     Case No. 11-30210-BJH-11
                Debtor(s)         Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Sidney Wicks Revocable Trust<br>c/o Michael John Klein CPA<br>5743 Corsa Ave. #216<br>Westlake Village, CA 91362 | Sidney Wicks Revocable Trust<br>c/o Michael John Klein CPA<br>5743 Corsa Ave. #216<br>Westlake Village, CA 91362 | Property lease payments - Addison Hangars I and II | | 153,701.72 |
| ABM Security<br>P.O. Box 61000<br>San Francisco, CA 94161 | ABM Security<br>P.O. Box 61000<br>San Francisco, CA 94161 | Trade payable | | 123,356.52 |
| IBS<br>P.O. Box 59975<br>Dallas, TX 75229 | IBS<br>P.O. Box 59975<br>Dallas, TX 75229 | Trade payable | | 83,892.57 |
| Reliant Energy<br>P.O. Box 120954<br>Dallas, TX 75312-0954 | Reliant Energy<br>P.O. Box 120954<br>Dallas, TX 75312-0954 | Electricity service | | 79,732.82 |
| Pate Engineers Inc.<br>8150 Brookriver Drive<br>Dallas, TX 75247 | Pate Engineers Inc.<br>8150 Brookriver Drive<br>Dallas, TX 75247 | Trade payable | | 64,452.50 |
| City Wide Building Services, Inc.<br>425 W. Mockingbird Lane<br>Dallas, TX 75247 | City Wide Building Services, Inc.<br>425 W. Mockingbird Lane<br>Dallas, TX 75247 | Trade payable | | 18,883.83 |
| Las Colinas Association<br>122 W. Carpenter Frwy.<br>Irving, TX 75039-2098 | Las Colinas Association<br>122 W. Carpenter Frwy.<br>Irving, TX 75039-2098 | Trade payable | | 18,212.80 |
| Weir Brothers<br>P.O. Box 541793<br>Dallas, TX 75354-1753 | Weir Brothers<br>P.O. Box 541793<br>Dallas, TX 75354-1753 | Trade payable | | 15,940.00 |
| Mitec Net<br>4475 River Green Pkwy.<br>Suite 300<br>Duluth, GA 30096 | Mitec Net<br>4475 River Green Pkwy.<br>Suite 300<br>Duluth, GA 30096 | Trade payable | | 15,313.68 |
| Champion Commercial Builders<br>P.O. Box 740095<br>Dallas, TX 75374-0095 | Champion Commercial Builders<br>P.O. Box 740095<br>Dallas, TX 75374-0095 | Trade payable | | 15,296.75 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Entech Sales & Service<br>P.O. Box 650110<br>Dallas, TX 75265-0110 | Entech Sales & Service<br>P.O. Box 650110<br>Dallas, TX 75265-0110 | Trade payable | | 13,833.22 |
| Geary, Porter & Donovan, PC<br>P.O. Box 700248<br>Dallas, TX 75370-0248 | Geary, Porter & Donovan, PC<br>P.O. Box 700248<br>Dallas, TX 75370-0248 | Trade payable | | 13,594.19 |
| Coppell Heating & A/C<br>P.O. Box 406<br>Coppell, TX 75019 | Coppell Heating & A/C<br>P.O. Box 406<br>Coppell, TX 75019 | Trade payable | | 12,401.15 |
| Plant Place<br>10704 Goodnight Lane<br>Dallas, TX 75220 | Plant Place<br>10704 Goodnight Lane<br>Dallas, TX 75220 | Trade payable | | 11,147.59 |
| Henry & Jones<br>2902 Carlisle St.<br>Suite 250<br>Dallas, TX 75204-4078 | Henry & Jones<br>2902 Carlisle St.<br>Suite 250<br>Dallas, TX 75204-4078 | Trade payable | | 10,130.34 |
| Nai Robert Lynn<br>4851 LBJ Freeway<br>Suite 100<br>Dallas, TX 75244 | Nai Robert Lynn<br>4851 LBJ Freeway<br>Suite 100<br>Dallas, TX 75244 | Trade payable | | 9,907.03 |
| Glast Phillips & Murray P.C.<br>2000 One Galleria Tower<br>13355 Noel Road L.B. 48<br>Dallas, TX 75240-6657 | Glast Phillips & Murray P.C.<br>2000 One Galleria Tower<br>13355 Noel Road L.B. 48<br>Dallas, TX 75240-6657 | Trade payable | | 8,642.85 |
| Air Performance Service<br>10625 Control Place<br>Dallas, TX 75238 | Air Performance Service<br>10625 Control Place<br>Dallas, TX 75238 | Trade payable | | 8,604.12 |
| Mustang Lighting Inc.<br>3520 West Miller Road<br>Suite 130<br>Garland, TX 75041 | Mustang Lighting Inc.<br>3520 West Miller Road<br>Suite 130<br>Garland, TX 75041 | Trade payable | | 8,443.22 |
| Romack Company<br>1341 W. Mockingbird Ln.<br>Suite 145E<br>Dallas, TX 75247 | Romack Company<br>1341 W. Mockingbird Ln.<br>Suite 145E<br>Dallas, TX 75247 | Trade payable | | 6,725.31 |

B4 (Official Form 4) (12/07) - Cont.

In re  FRE Real Estate, Inc.
              Debtor(s)

Case No.  11-30210-BJH-11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  Jun 30, 2011         Signature  /s/ Richard D. Morgan
                                      Richard D. Morgan
                                      Vice President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.