# EXHIBIT A

## IN RE: FRE REAL ESTATE, INC. 11-30210-BJH-11

| # | OWNER OF PROPERTY PRIOR TO DECEMBER 22, 2010 | COMMON NAME, ADDRESS & BRIEF DISCRIPTION OF PROPERTY | SECURED LENDER | ESTIMATED SECURED DEBT (Rough figures, not to be relied upon without varification) |
|---|---|---|---|---|
| 1 | Debtor | Fenton Center Building & 4.7 acres of undeveloped land adjacent there to | HCMLP as Special Servicers | $60m (secured by all collateral) |
| 2 | Income Opportunity Realty Investors, Inc. | 3 Hickory, Farmers Branch - 6.6 undeveloped acres | HCMLP as Special Servicers | $60m (secured by all collateral) |
| 3 | Transcontinental Realty Investors, Inc. | Thermalloy Building: Lot 1 of Kennington Sq. Addition, Farmers Branch | HCMLP as Special Servicers | $60m (secured by all collateral) |
| 4 | TCI Texas Properties, LLC | Kaufman 30 - 30.997 undeveloped acres | Wells Fargo Capital Finance, Inc. | $8.2m (secured by all collateral) |
| 5 | TCI Texas Properties, LLC | Kaufman 35 - 34.82 undeveloped acres | Wells Fargo Capital Finance, Inc. | $8.2m (secured by all collateral) |
| 6 | TCI Texas Properties, LLC | Kaufman 2700 - 2564.11 undeveloped acres | Wells Fargo Capital Finance, Inc. | $8.2m (secured by all collateral) |
| 7 | TCI Texas Properties, LLC | Valley Ranch - 802 and 7804 E. Valley Ranch Parkway, Irving, TX - 12.3488 undeveloped acres | Wells Fargo Capital Finance, Inc. | $8.2m (secured by all collateral) |
| 8 | TCI Texas Properties, LLC | Valley Ranch - 7900 and 7999 E. Valley Ranch Parkway, Irving, TX - 14.5641 undeveloped acres | Wells Fargo Capital Finance, Inc. | $8.2m (secured by all collateral) |
| 9 | TCI Texas Properties, LLC | Payne South - 3400 Cabell Drive, Irving, TX 39.87 undeveloped acres | Wells Fargo Capital Finance, Inc. | $8.2m (secured by all collateral) |
| 10 | TCI Texas Properties, LLC | Diplomat II (3.7) - 2115 Diplomat Drive, Farmers Branch, TX - 3.7021 undeveloped acres | Wells Fargo Capital Finance, Inc. | $8.2m (secured by all collateral) |
| 11 | TCI Texas Properties, LLC | Diplomat I (3.9)- 1903 Diplomat Drive, Farmers Branch, TX - 3.9028 undeveloped acres | Wells Fargo Capital Finance, Inc. | $8.2m (secured by all collateral) |
| 12 | TCI Texas Properties, LLC | Diplomat II (4) - 2001 Diplomat Drive, Farmers Branch, TX - 4.0489 undeveloped acres | Wells Fargo Capital Finance, Inc. | $8.2m (secured by all collateral) |
| 13 | TCI Texas Properties, LLC | Senlac Hutton - 13145 Hutton Drive, Farmers Branch, TX - 2.422 undeveloped acres | Wells Fargo Capital Finance, Inc. | $8.2m (secured by all collateral) |
| 14 | American Realty Trust, Inc. | Valwood./Mercer Crossing - 257.05 (aggregate undeveloped acres (consisting of 106.394 acres, 226 acres, 47.049 acres, 10.443 acres, 35.094 acres, and 11.677 acres) | Armed Forces Bank, N.A. | $72m (secured by all collateral) |
| 15 | Transcontinental Realty Investors, Inc. | Kinwest tract - 27.11 undeveloped acres | Armed Forces Bank, N.A. | $72m (secured by all collateral) |
| 16 | TCI 109 Beltline, Inc. | Payne-North - 109.85 undeveloped acres & 13.22 acres as easement | Armed Forces Bank, N.A. | $72m (secured by all collateral) |
| 17 | ART Collection, Inc. | Pioneer Crossing - 97.28 undeveloped acres | Armed Forces Bank, N.A. | $72m (secured by all collateral) |
| 18 | TCI McKinney Ranch, Inc. | McKinney Ranch - 14.5088 and 6.3357 undeveloped acres | Armed Forces Bank, N.A. | $72m (secured by all collateral) |
| 19 | Coventry Pointe, Inc. | Archon - 29.446 undeveloped acres | State Bank of Texas | $3.8m (secured by all collateral) |
| 20 | TCI Amoco Property, LLC | Amoco Office Building, 1340 Poydras Street, New Orleans, LA | Petra CRE CDO 2007-1, Ltd. | $18.75m |
| 21 | Transcontinental Westgrove, Inc. | Parkway North Office Building | U.S. Bank, National Association | $3m |
| 22 | Thornwood Land & Cattle, LLC | 3838 Teleport, Irving, Texas - Vacant Building & 3.7 acres | American Bank of Commerce | $4.3m (secured by all collateral) |
| 23 | Thornwood Land & Cattle, LLC | Temple land - 10.692 undevelopes acres | American Bank of Commerce | $4.3m (secured by all collateral) |
| 24 | Thornwood Land & Cattle, LLC | Limestone Canyon II: Austin, Texas - 9.961 undevelopes acrees | American Bank of Commerce | $4.3m (secured by all collateral) |

| OWNER OF PROPERTY PRIOR TO DECEMBER 22, 2010 | COMMON NAME, ADDRESS & BRIEF DISCRIPTION OF PROPERTY | SECURED LENDER | ESTIMATED SECURED DEBT (Rough figures, not to be relied upon without varification) |
|---|---|---|---|
| 25 TCI Hunters Glen, Inc. | Bridgewood Ranch Apartments, 4100 Vista Lane, Kaufman, Texas - 106 Unit apartment complex | American Bank of Commerce | $4.9m |
| 26 IORI Centura, Inc. | Centura - 10.08 undeveloped acres - Dallas, Texas | The Bank of Weatherford & First Bank & Trust Co. | $7.0m |
| 27 Transcontinental Realty Investors, Inc. | Hollywood Casino/Mira Lago - 18.56 undeveloped acres - Farmers Branch, TX | RMR Investments, Inc. | $7.2m (secured by all collateral) |
| 28 Transcontinental Realty Investors, Inc. | Wilmer 88 - 87.6249 undeveloped acres | RMR Investments, Inc. | $7.2m (secured by all collateral) |
| 29 Transcontinental Realty Investors, Inc. | Dominion - 10.59 undeveloped acres - Dallas, TX | RMR Investments, Inc. | $7.2m (secured by all collateral) |
| 30 Transcontinental Realty Investors, Inc. | Stanley Tools; 2301 Valley Branch, Framers Branch, TX - 23.76 undeveloped acres | RMR Investments, Inc. | $7.2m (secured by all collateral) |
| 31 Transcontinental Realty Investors, Inc. | Crowley - 24.91 undeveloped acres | RMR Investments, Inc. | $7.2m (secured by all collateral) |
| 32 Transcontinental Realty Investors, Inc. | Creekside - 20.071 undeveloped acres | RMR Investments, Inc. | $7.2m (secured by all collateral) |
| 33 Westgrove Air Plaza, Ltd. | Westgrove Air Plaza - Building and Ground Lease | Regions Bank | $2.1m |
| 34 TCI Bridgewood, LLC | Bridgewood Ranch; Kaufman County, TX - 5.047 undeveloped acres | Access 1st Capital | $120k |
| 35 TCI Adams, LLC | Kaufman Adams, Kaufman County, TX - 193.731 undeveloped acres | Access 1st Capital | $360k |
| 36 TCI Pantaze, LLC | Pantaze - 5.997 undeveloped acres; Dallas, TX | Access 1st Capital | $301k |
| 37 Transcontinental Realty Investors, Inc. | Ackerley Land, Dallas, TX - 1.31 undeveloped acres | | |
| 38 TCI Ridgepoint, LLC | Ridgepoint Drive; Irving, TX - 0.65 undeveloped acres | Access 1st Capital | $93k |
| 39 ART Palm, LLC | Senlac/Valley View, Farmers Branch, TX - 3.976 undeveloped acres | Access 1st Capital | $506k |

Notes: The Common Names for the various properties listed are from the Debtor's Records. The acreage amounts are from the Debtor's Records and pleadings filed in the Case. The Estimated Debt amounts are from pleadings filed in the Case. HCMLP does not necessarily agree with the acreage amounts or the estimated secured debt amounts. This Summary Schedule is for illustration purposes only and the information contained herein is not to attributed to HCMLP.