# EXHIBIT S

## Document Receipt Information
Reference Number: CB_Centura Deed - Warranty Deed

| Instrument Number: | 201100001379 |
|---|---|
| No of Pages: | 6 |
| Recorded Date: | 1/4/2011 2:45:33 PM |
| County: | Dallas |
| Officer Name: | EFILELGOODSON |
| Volume: | |
| Page: | |
| Recording Fee: | $36.00 |

ELECTRONICALLY RECORDED 201100001379
01/04/2011 02:45:33 PM DEED 1/6

## GENERAL WARRANTY DEED

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | |
| | § | **KNOW ALL MEN BY THESE PRESENTS:** |
| **COUNTY OF DALLAS** | § | |

      **IORI CENTURA, INC.**, a Nevada corporation (the "Grantor"), for and in consideration of the sum of Ten and No/100 Dollars ($10.00) cash and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, paid by **FENTON REAL ESTATE, INC.**, a Nevada corporation (the "Grantee"), whose address is 1750 Valley View Land, Suite 440, Dallas, Texas 75234, HAS GRANTED, BARGAINED, SOLD and CONVEYED, and by these presents DOES GRANT, BARGAIN, SELL and CONVEY unto Grantee that certain tract of land (the "Land") situated in Dallas County, Texas, and described on **Exhibit "A"** which is attached hereto and incorporated herein by reference for all purposes; together with all of Grantor's right, title and interest in and to the rights and appurtenances pertaining solely to such Land, including any right, title and interest of Grantor in and to the centerline of adjacent roads, streets, alleys or rights-of-way to the extent (but only to the extent) that the same relate to the Land, (all of such Land, rights and appurtenances being hereinafter collectively referred to as the "Property").

      This conveyance is made subject, however, to the matters of record as of the date hereof.

      TO HAVE AND TO HOLD the Property unto Grantee, and Grantee's successors and assigns forever, and Grantor does hereby bind Grantor, and Grantor's successors and assigns, to WARRANT and FOREVER DEFEND, all and singular the Property unto Grantee and Grantee's successors and assigns, against every person whomsoever lawfully claiming or to claim the same or any part thereof, and subject, however, as aforesaid.

[Signature and Acknowledgment to Follow]

**GENERAL WARRANTY DEED – Page 1**
401990_1 – 2010 – Centura – GWD1 – 6832.25

**EXECUTED** effective as of this 23rd day of December, 2010.

**GRANTOR:**                    **IORI CENTURA, INC.,**
                                a Nevada corporation

                                By: _____
                                    Steven A. Shelley, Vice President

**THE STATE OF TEXAS**      §
                            §
**COUNTY OF DALLAS**        §

    This instrument was acknowledged before me on this 23rd day of December, 2010, by Steven A. Shelley, as Vice President of **IORI CENTURA, INC.**, a Nevada corporation, on behalf of such corporation.



ALICE D. BUETO
MY COMMISSION EXPIRES
July 25, 2014

_____
Notary Public in and for the State of Texas

GENERAL WARRANTY DEED – Page 2
401990_1 – 2010 – Centura – GWD1 – 6832.25

# EXHIBIT "A"

Legal Description

### Exhibit A

**TRACT I, PARCEL A**

A tract of land situated in the Elisha Fike Survey, Abstract No. 478, in the City of Farmers Branch, Dallas County, Texas, and being a part of Lot 1 of A & H Subdivision as recorded in Volume 75174, Page 748 of the Deed Records Dallas County, Texas (DRDCT) and more particularly described as follows:

Beginning at a ½ inch iron rod found in the West line of Dallas North Tollway (R.O.W. varies), said point being 247.85 feet in a Southerly direction from the South corner of a right-of-way corner clip at the intersection of the South line of Spring Valley Road (100 foot R.O.W.) with the West line of Dallas North Tollway;

Thence South 00 degrees 18 minutes 19 seconds East, along the West line of said Dallas North Tollway, a distance of 39.53 feet to a ½ inch iron rod found for corner at the beginning of a curve to the right having a central angle of 12 degrees 44 minutes 17 seconds and a radius of 371.97 feet;

Thence South along said curve to the right, an arc distance of 82.70 feet a ½ inch iron rod found at the beginning of a reverse curve to the left, having a central angle of 01 degrees 56 minutes 56 seconds and a radius of 726.20 feet;

Thence South along said curve to the left, an arc distance of 24.70 feet to a 5/8 inch iron rod set with a cap stamped "Pate Engrs" for corner;

Thence South 90 degrees 00 minutes 00 seconds East, a distance of 5.09 feet to a ½ inch iron rod found for corner lying at the beginning of a curve the left having a central angle of 10 degrees 50 minutes 13 seconds and radius of 721.20 feet;

Thence South along said curve to the left, an arc distance of 136.41 feet a ½ inch iron rod found for corner;

Thence South 00 degrees 13 minutes 57 seconds East, a distance of 114.10 feet to a ½ inch iron rod found for corner;

Thence North 90 degrees 00 minutes 00 seconds West, a distance of 491.85 feet to a 5/8 inch iron rod with a cap stamped "Pate Engrs" set for corner in the Easterly line of a 100 foot wide Dallas Power & Light Company easement according to the deed recorded in Volume 4633, Page 308 (DRDCT);

Thence North 17 degrees 01 minutes 00 seconds West, along the Easterly line of said 100 foot wide Dallas Power & Light Company easement, a distance of 413.30 feet to a ½ inch iron rod found for corner, said point also being the Southwest corner of the 5050 Spring Valley Road tract;

Thence North 90 degrees 00 minutes 00 seconds East, along the South line of said 5050 Spring Valley Road tract, a distance of 262.82 feet to a ½ inch iron rod found for corner, said point also being the Southwest corner of Lot 1, Block A of the Centura Addition;

Thence North 89 degrees 57 minutes 12 seconds East, a distance of 370.63 feet to the Point of Beginning, and containing 5.0815 acres of land, more or less. (221,348.30 sq. ft.)

**TRACT I, PARCEL B:**

A tract of land situated in the Elisha Fike Survey, Abstract Number 478, in the City of Farmers Branch, Dallas County, Texas and being all of Lot 1 of Inwood Road Office Development, an addition to the City of Farmers Branch according to the plat recorded in Volume 86190, Page 6128 of the Deed Records of Dallas County, Texas (DRDCT), and more particularly described a follows:

Beginning at a 5/8 inch iron rod with cap stamped "Pate Engrs" set for the most Southerly corner of a right-of-way corner clip located at the point of the intersection of the Southerly right-of-way line of Spring Valley Road 100 foot wide right-of-way) with the Easterly right-of-way line of Inwood Road (a 102 foot wide R.O.W.);

Thence along the Southerly right-of-way line of said Spring Valley Road as follows:

Continuing along said corner clip, North 29 degrees 55 minutes 35 seconds East, a distance of 19.38 feet to a ½ inch iron rod found for the Northwest corner of said Lot 1;

South 89 degrees 54 minutes 22 seconds East, a distance of 58.28 feet to a 5/8 inch iron rod with cap stamped "Pate Engrs" set for corner in the Northeast corner of said Lot 1 and being located in the Westerly line of a 100 foot wide Dallas Power & Light Company easement according to the Deed recorded in Volume 4633, Page 308 (DRDCT);

Thence South 17 degrees 01 minutes 00 seconds East, departing the Southerly right-of-way line of said Spring Valley Road and following the Westerly line of said 100 foot wide Dallas Power & Light Company easement, a distance of 728.88 feet to a ½ inch iron rod found for the Southeast corner of said Lot 1;

Thence South 72 degrees 59 minutes 00 seconds West, departing the Westerly line of said 100 foot wide Dallas Power & Light Company easement, a distance of 79.90 feet to a ½ inch iron rod found for the Southwest corner of said Lot 1 and being located in the Easterly right-of-way line of said Inwood Road (a 92 foot R.O.W. at this point);

Thence North along the Easterly right-of-way line of said Inwood Road as follows:

North 17 degrees 01 minutes 00 seconds West, a distance of 596.91 feet to ½ inch iron rod found for the beginning of a curve to the right having a radius of 150.00 feet and a central angle of 17 degrees 10 minutes 25 seconds;

Continuing along said curve to the right for an arc length of 44.96 feet to a ½ inch iron rod found for the beginning of a reverse curve to the left having a radius of 75.00 feet and a central angle of 17 degrees 10 minutes 27 seconds;

Continuing along said reverse curve to the left, an arc length of 22.48 feet to a ½ inch iron rod found for the point of tangency;

North 17 degrees 01 minutes 00 seconds West, a distance of 69.45 feet to the Point of Beginning, and containing 1.3295 acres of land, more or less (57,911.3 sq. ft.).

TRACT II:
A tract of land situated in the Elisha Fike Survey, Abstract No. 478, Dallas County, Texas, and being all of Lot 1 in Block B of Beltway/Champion No. 1, an addition to the City of Farmers Branch, Dallas County, Texas, according to the plat thereof recorded in Volume 93192, Page 4878, Deed Records of Dallas County, Texas (DRDCT), said tract conveyed to Janlaw Properties, Inc. by deed recorded in Volume 97059, Page 1242, DRDCT, and more particularly described as follows:

BEGINNING at a ½ inch iron rod found for a corner in the Northeast line of Inwood Road (a 92 foot right-of-way), said point being the Northwest corner of said Lot 1 in Block B, said point also being the Southwest corner of Lot 1 of Inwood Road Office Development Park, an addition to the City of Dallas, Texas according to the map thereof recorded in Volume 86190, Page 6128, DRDCT;

THENCE North 72 degrees 59 minutes 00 seconds East, departing the Northeast line of Inwood Road and with the common line of said Lot 1 in Block B and Lot 1 of Inwood Road Office Development Park, a distance of 79.90 feet to a ½ inch iron rod found for a corner, said point being the Northeast corner of said Lot 1 in Block B and said point lying in the Southwest line of a 100 foot wide Dallas Power & Light Company right-of-way recorded in Volume 4633, Page 308, DRDCT;

THENCE South 17 degrees 01 minutes 00 seconds East, with the Northeast line of said Lot 1 in Block B and the Southwest line of the said Dallas Power & Light Company right-of-way, a distance of 465.72 feet to a 5/8 inch iron rod found for a corner in the Northeast line of Inwood Road, said point being the South corner of said Lot 1 of Block B and said point being in a non-tangent curve to the left with a central angle of 19 degrees 26 minutes 58 seconds and radius of 746.00 feet;

THENCE Northwesterly, with the Northeast line of Inwood Road and along said curve, an arc distance of 253.24 feet to a ½ inch iron rod found at the beginning of a curve to the right with a central angle of 19 degrees 24 minutes 48 seconds and radius of 654.00 feet;

THENCE Northwesterly, continuing with the Northeast line of Inwood Road and along said curve, an arc distance of 221.59 feet to the Point of Beginning, and containing 0.4171 acres of land, more or less

(18,167.2 square feet).

TRACT III:
A tract of land situated in the Elisha Fike Survey, Abstract No. 478, Dallas, County, Texas, and being all of Lot 3 of Stanford Corporate Centre No. 2, an addition to the City of Farmers Branch according to the plat recorded in Volume 88251, Page 4182, Deed Records, Dallas County, Texas (DRDCT), and more particularly described as follows:

BEGINNING at a ½ inch iron rod found for corner in the Westerly line of Dallas North Tollway (a variable width R.O.W.), being the Easterly common corner between said Lot 3 and Lot 2 of said Stanford Corporate Centre No. 2;

THENCE South 89 degrees 45 minutes 00 seconds West with the common line between said Lot 2 and Lot 3 a distance of 395.08 feet to a ½ inch iron rod found for corner in the Northeasterly line of a 100 foot wide Dallas Power & Light Company right-of-way, being the Westerly common corner between said Lot 3 and Lot 2;

THENCE North 17 degrees 01 minutes 00 seconds West with the common line between said Dallas Power & Light Company right-of-way and said Lot 3 a distance of 335.09 feet to a 5/8 inch iron rod with cap stamped "Pate Engrs" set for corner;

THENCE North 90 degrees 00 minutes 00 seconds East a distance of 491.85 feet to a ½ inch iron rod found for corner in the Westerly line of said Dallas North Tollway;

THENCE South 00 degrees 13 minutes 56 seconds East with the Westerly line of said Dallas North Tollway a distance of 318.70 feet to the Point of Beginning, and containing 141,755 square feet or 3.2542 acres of land, more or less.

Filed and Recorded
Official Public Records
John F. Warren, County Clerk
Dallas County, TEXAS
01/04/2011 02:45:33 PM
$36.00
201100001379

