# OFFICERS, DIRECTORS, AND MEMBERS
## (As of December 23, 2010)

| ABCLD Income, LLC | |
|---|---|
| **Ronald F. Akin** | President, Manager |
| **F. Terry Shumate** | Vice President, Manager, Secretary, Treasurer |
| **Craig E. Landess** | Vice President |
| **Richard D. Morgan** | Vice President |
| **ABC Land & Development, Inc.** | Member |

| ABCLD Properties, LLC | |
|---|---|
| **Ronald F. Akin** | President, Manager |
| **F. Terry Shumate** | Vice President, Manager, Secretary, Treasurer |
| **Craig E. Landess** | Vice President |
| **Richard D. Morgan** | Vice President |
| **ABC Land & Development, Inc.** | Member |

| American Realty Trust, Inc. | |
|---|---|
| **Daniel J. Moos** | President, Director, Secretary, Treasurer |
| **Steven A. Shelley** | Vice President |
| **Bradley J. Kyles** | Vice President-Residential Management |
| **Henry A. Butler** | Assistant Secretary |
| **Louis J. Corna** | Assistant Secretary |
| **Alfred Crozier** | Assistant Secretary |
| **RL S. Lemke** | Assistant Secretary |
| **Pamela M. Arsenault** | Assistant Secretary |
| **Melissa G. James** | Assistant Secretary |
| **Melody A. Wofford** | Assistant Secretary |

| ART Collection, Inc. | |
|---|---|
| **Daniel J. Moos** | President, Director |
| **Gene S. Bertcher** | Vice President, Director, Treasurer |
| **Alfred Crozier** | Vice President |
| **RL S. Lemke** | Vice President |
| **A. Cal Rossi, Jr.** | Vice President |
| **Steven A. Shelley** | Vice President |

1

| | |
|---|---|
| **Louis J. Corna** | Secretary |
| **Pamela M. Arsenault** | Assistant Secretary |
| **Melissa G. James** | Assistant Secretary |
| **Melody A. Wofford** | Assistant Secretary |

| **ART Palm Limited Partnership** | |
|---|---|
| **ART Palm, Inc.** | General Partner |
| **American Realty Trust, Inc.** | Limited Partner |
| **Franconia Investments, LLC** | Limited Partner |
| **One Realco Corporation** | Limited Partner |

| **ART Palm, LLC** | |
|---|---|
| **Daniel J. Moos** | President, Manager |
| **Gene S. Bertcher** | Vice President, Manager, Treasurer |
| **Louis J. Corna** | Vice President, Secretary |
| **Steven A. Shelley** | Vice President |
| **Pamela M. Arsenault** | Assistant Secretary |
| **Melissa G. James** | Assistant Secretary |
| **Melody A. Wofford** | Assistant Secretary |
| **ART Palm Limited Partnership** | Member |

| **Continental Mortgage and Equity Investors, Inc.** | |
|---|---|
| **Daniel J. Moos** | President, Director |
| **Gene S. Bertcher** | Vice President, Director, Treasurer |
| **James D. Cannon** | Vice President |
| **Bradley J. Kyles** | Vice President |
| **Louis J. Corna** | Vice President, Secretary, Counsel |
| **Steven A. Shelley** | Vice President |
| **Pamela M. Arsenault** | Assistant Secretary |
| **Melissa G. James** | Assistant Secretary |
| **Melody A. Wofford** | Assistant Secretary |

| **Continental Poydras Corp.** | |
|---|---|
| **Daniel J. Moos** | President, Director |
| **Gene S. Bertcher** | Vice President, Director, Treasurer |
| **Steven A. Shelley** | Vice President |
| **Louis J. Corna** | Secretary |
| **Pamela M. Arsenault** | Assistant Secretary |
| **Melissa G. James** | Assistant Secretary |
| **Melody A. Wofford** | Assistant Secretary |

| **Continental Signature, Inc.** | |
|---|---|
| **Daniel J. Moos** | President, Director |
| **Gene S. Bertcher** | Vice President, Director, Treasurer |
| **Louis J. Corna** | Vice President, Secretary |
| **Steven A. Shelley** | Vice President |
| **Pamela M. Arsenault** | Assistant Secretary |
| **Melissa G. James** | Assistant Secretary |
| **Melody A. Wofford** | Assistant Secretary |

| **Coventry Pointe, Inc.** | |
|---|---|
| **Daniel J. Moos** | President, Director |
| **Gene S. Bertcher** | Vice President, Director, Treasurer |
| **Louis J. Corna** | Vice President, Secretary |
| **Steven A. Shelley** | Vice President |
| **Melissa G. James** | Assistant Secretary |
| **Melody A. Wofford** | Assistant Secretary |

| **EQK Holdings, Inc.** | |
|---|---|
| **Daniel J. Moos** | President, Director, Treasurer, Secretary |
| **Rick D. Conley** | Vice President |
| **Bradley J. Kyles** | Vice President |
| **Steven A. Shelley** | Vice President |
| **Pamela M. Arsenault** | Assistant Secretary |
| **Melissa G. James** | Assistant Secretary |

| **EQK Holdings, LLC** | |
|---|---|
| **Daniel J. Moos** | President, Manager |
| **Steven A. Shelley** | Vice President |
| **Pamela M. Arsenault** | Assistant Secretary |
| **Melissa G. James** | Assistant Secretary |
| **EQK Holdings, Inc.** | Member |

| **TCI Park West II, Inc.** | |
|---|---|
| **Daniel J. Moos** | President, Director |
| **Gene S. Bertcher** | Vice President, Director, Treasurer |
| **Alfred Crozier** | Vice President |
| **Steven A. Shelley** | Vice President |
| **Louis J. Corna** | Secretary |
| **Melissa G. James** | Assistant Secretary |
| **Melody A. Wofford** | Assistant Secretary |

| **Income Opportunity Realty Investors, Inc.** | |
|---|---|
| **Daniel J. Moos** | President, Chief Executive Officer |
| **Gene S. Bertcher** | Chief Financial Officer, Executive Vice President |
| **Louis J. Corna** | Executive Vice President, Tax Counsel/General Legal Counsel, Secretary |
| **Alfred Crozier** | Executive Vice President-Residential Construction |
| **Bradley J. Kyles** | Vice President-Residential Management |
| **Steven A. Shelley** | Vice President |
| **Daeho Kim** | Treasurer |
| **Martha C. Stephens** | Director |
| **Peter L. Larsen** | Director (Independent) |
| **Ted R. Munselle** | Director (Independent) |
| **Robert A. Jakuszewski** | Director (Independent) |
| **Pamela M. Arsenault** | Assistant Secretary |
| **Melissa G. James** | Assistant Secretary |
| **Melody A. Wofford** | Assistant Secretary |

| **IORI Centura, Inc.** | |
|---|---|
| **Daniel J. Moos** | President, Director |
| **Gene S. Bertcher** | Vice President, Director, Treasurer |
| **Steven A. Shelley** | Vice President |
| **Louis J. Corna** | Secretary |
| **Pamela M. Arsenault** | Assistant Secretary |
| **Melissa G. James** | Assistant Secretary |
| **Melody A. Wofford** | Assistant Secretary |

| **IORI Operating, Inc.** | |
|---|---|
| **Daniel J. Moos** | President, Director, Secretary |
| **Gene S. Bertcher** | Vice President, Director, Treasurer |
| **Bradley J. Kyles** | Vice President |
| **Steven A. Shelley** | Vice President |
| **Alfred Crozier** | Assistant Secretary |
| **Melissa G. James** | Assistant Secretary |
| **RL S. Lemke** | Assistant Secretary |

| **One Realco Corp.** | |
|---|---|
| **Ronald F. Akin** | President, Director |
| **F. Terry Shumate** | Vice President, Director, Treasurer, Secretary |

| **TCI 109 Beltline, Inc.** | |
|---|---|
| **Daniel J. Moos** | President, Director |
| **Gene S. Bertcher** | Vice President, Director, Treasurer |
| **Louis J. Corna** | Vice President, Secretary |
| **Steven A. Shelley** | Vice President |
| **Melissa G. James** | Assistant Secretary |
| **Melody A. Wofford** | Assistant Secretary |

| **TCI Adams, LLC** | |
|---|---|
| **Daniel J. Moos** | President, Manager |
| **Gene S. Bertcher** | Vice President, Manager, Treasurer |
| **Louis J. Corna** | Vice President, Secretary |
| **Steven A. Shelley** | Vice President |
| **Pamela M. Arsenault** | Assistant Secretary |
| **Melissa G. James** | Assistant Secretary |
| **Melody A. Wofford** | Assistant Secretary |
| **Transcontinental Realty Investors, Inc.** | Member |

| **TCI Amoco Property, LLC** | |
|---|---|
| **Daniel J. Moos** | President, Manager |
| **Gene S. Bertcher** | Vice President, Manager, Treasurer |
| **Louis J. Corna** | Vice President, Secretary |
| **Alfred Crozier** | Vice President |
| **Cameron J. Larkin** | Vice President |
| **A. Cal Rossi** | Vice President |
| **Steven A. Shelley** | Vice President |
| **Melissa G. James** | Assistant Secretary |
| **Melody A. Wofford** | Assistant Secretary |
| **John P. Barber** | Independent Manager |
| **Robert K. Rowell** | Independent Manager |
| **Continental Poydras Corp.** | Member |

| TCI Bridgewood, LLC | |
|---|---|
| **Daniel J. Moos** | President, Manager |
| **Gene S. Bertcher** | Vice President, Manager, Treasurer |
| **Louis J. Corna** | Vice President, Secretary |
| **Steven A. Shelley** | Vice President |
| **Pamela M. Arsenault** | Assistant Secretary |
| **Melissa G. James** | Assistant Secretary |
| **Melody A. Wofford** | Assistant Secretary |
| **Transcontinental Realty Investors, Inc.** | Member |

| TCI Hunters Glen, Inc. | |
|---|---|
| **Daniel J. Moos** | President, Director, Secretary |
| **Gene S. Bertcher** | Vice President, Director, Treasurer |
| **Bradley J. Kyles** | Vice President |
| **Steven A. Shelley** | Vice President |
| **Louis J. Corna** | Assistant Secretary |
| **Alfred Crozier** | Assistant Secretary |
| **Melissa G. James** | Assistant Secretary |
| **Melody A. Wofford** | Assistant Secretary |

| TCI McKinney Ranch, Inc. | |
|---|---|
| **Daniel J. Moos** | President, Director |
| **Gene S. Bertcher** | Vice President, Director, Treasurer |
| **Louis J. Corna** | Vice President, Secretary |
| **Steven A. Shelley** | Vice President |
| **Pamela M. Arsenault** | Assistant Secretary |
| **Melissa G. James** | Assistant Secretary |
| **Melody A. Wofford** | Assistant Secretary |

| TCI Pantaze, LLC | |
|---|---|
| **Daniel J. Moos** | President, Manager |
| **Gene S. Bertcher** | Vice President, Manager, Treasurer |
| **Louis J. Corna** | Vice President, Secretary |
| **Steven A. Shelley** | Vice President |
| **Pamela M. Arsenault** | Assistant Secretary |
| **Melissa G. James** | Assistant Secretary |
| **Melody A. Wofford** | Assistant Secretary |
| **Transcontinental Realty Investors, Inc.** | Member |

| **TCI Ridgepoint, LLC** | |
|---|---|
| **Daniel J. Moos** | President, Manager |
| **Gene S. Bertcher** | Vice President, Manager, Treasurer |
| **Louis J. Corna** | Vice President, Secretary |
| **Steven A. Shelley** | Vice President |
| **Pamela M. Arsenault** | Assistant Secretary |
| **Melissa G. James** | Assistant Secretary |
| **Melody A. Wofford** | Assistant Secretary |
| **Transcontinental Realty Investors, Inc.** | Member |

| **TCI Texas Properties, LLC** | |
|---|---|
| **Daniel J. Moos** | President, Manager |
| **Gene S. Bertcher** | Vice President, Manager, Treasurer |
| **Louis J. Corna** | Vice President, Secretary |
| **Steven A. Shelley** | Vice President |
| **Melissa G. James** | Assistant Secretary |
| **Melody A. Wofford** | Assistant Secretary |
| **Transcontinental Realty Investors, Inc.** | Member |

| **Thornwood Land and Cattle, LLC** | |
|---|---|
| **Daniel J. Moos** | President, Manager |
| **Gene S. Bertcher** | Vice President, Manager, Treasurer |
| **Steven A. Shelley** | Vice President |
| **Louis J. Corna** | Secretary |
| **Pamela M. Arsenault** | Assistant Secretary |
| **Melissa G. James** | Assistant Secretary |
| **Melody A. Wofford** | Assistant Secretary |
| **Transcontinental Realty Investors, Inc.** | Member |

| **Transcontinental Realty Investors, Inc.** | |
|---|---|
| **Henry A. Butler** | Chairman |
| **Daniel J. Moos** | President, Chief Executive Officer |
| **Gene S. Bertcher** | Executive Vice President, Chief Financial Officer |
| **Louis J. Corna** | Executive Vice President, Tax Counsel/General Legal Counsel, Secretary |
| **Alfred Crozier** | Executive Vice President-Residential Construction |
| **Bradley J. Kyles** | Vice President-Residential Management |
| **Steven A. Shelley** | Vice President |
| **Sharon Hunt** | Director (Independent) |
| **Robert A. Jakuszewski** | Director (Independent) |

| | |
|---|---|
| **Ted R. Munselle** | Director (Independent) |
| **Daeho Kim** | Treasurer |
| **Pamela M. Arsenault** | Assistant Secretary |
| **Melissa G. James** | Assistant Secretary |
| **Melody A. Wofford** | Assistant Secretary |

| | |
|---|---|
| **Transcontinental Westgrove, Inc.** | |
| **Daniel J. Moos** | President, Director |
| **Gene S. Bertcher** | Vice President, Director, Treasurer |
| **Louis J. Corna** | Vice President, Secretary |
| **Melissa G. James** | Assistant Secretary |
| **Melody A. Wofford** | Assistant Secretary |

| | |
|---|---|
| **Westgrove Air Plaza, Ltd.** | |
| **T Sorrento, Inc.** | General Partner |
| **Transcontinental Realty Investors, Inc.** | Limited Partner |