# OFFICERS, DIRECTORS, AND MEMBERS
## (As of January 4, 2011)

| ABCLD Income, LLC | |
|---|---|
| Ronald F. Akin | President, Manager |
| F. Terry Shumate | Vice President, Manager, Secretary, Treasurer |
| Craig E. Landess | Vice President |
| Richard D. Morgan | Vice President |
| ABC Land & Development, Inc. | Member |

| ABCLD Properties, LLC | |
|---|---|
| Ronald F. Akin | President, Manager |
| F. Terry Shumate | Vice President, Manager, Secretary, Treasurer |
| Craig E. Landess | Vice President |
| Richard D. Morgan | Vice President |
| ABC Land & Development, Inc. | Member |

| American Realty Trust, Inc. | |
|---|---|
| Daniel J. Moos | President, Director, Secretary, Treasurer |
| Steven A. Shelley | Vice President |
| Bradley J. Kyles | Vice President-Residential Management |
| Henry A. Butler | Assistant Secretary |
| Louis J. Corna | Assistant Secretary |
| Alfred Crozier | Assistant Secretary |
| RL S. Lemke | Assistant Secretary |
| Pamela M. Arsenault | Assistant Secretary |
| Melissa G. James | Assistant Secretary |
| Melody A. Wofford | Assistant Secretary |

| ART Collection, Inc. | |
|---|---|
| Daniel J. Moos | President, Director |
| Gene S. Bertcher | Vice President, Director, Treasurer |
| Alfred Crozier | Vice President |
| RL S. Lemke | Vice President |
| A. Cal Rossi, Jr. | Vice President |
| Steven A. Shelley | Vice President |
| Louis J. Corna | Secretary |
| Pamela M. Arsenault | Assistant Secretary |
| Melissa G. James | Assistant Secretary |
| Melody A. Wofford | Assistant Secretary |

| ART Palm Limited Partnership | |
|---|---|
| **ART Palm, Inc.** | General Partner |
| **American Realty Trust, Inc.** | Limited Partner |
| **Franconia Investments, LLC** | Limited Partner |
| **One Realco Corporation** | Limited Partner |

| ART Palm, LLC (*now* Senlac, LLC) | |
|---|---|
| **Ronald F. Akin** | President, Manager |
| **F. Terry Shumate** | Vice President, Manager, Treasurer, Secretary |
| **Craig E. Landess** | Vice President |
| **ABCLD Income, LLC** | Member |

| Continental Mortgage and Equity Investors, Inc. | |
|---|---|
| **Daniel J. Moos** | President, Director |
| **Gene S. Bertcher** | Vice President, Director, Treasurer |
| **James D. Cannon** | Vice President |
| **Bradley J. Kyles** | Vice President |
| **Louis J. Corna** | Vice President, Secretary, Counsel |
| **Steven A. Shelley** | Vice President |
| **Pamela M. Arsenault** | Assistant Secretary |
| **Melissa G. James** | Assistant Secretary |
| **Melody A. Wofford** | Assistant Secretary |

| Continental Poydras Corp. | |
|---|---|
| **Daniel J. Moos** | President, Director |
| **Gene S. Bertcher** | Vice President, Director, Treasurer |
| **Steven A. Shelley** | Vice President |
| **Louis J. Corna** | Secretary |
| **Pamela M. Arsenault** | Assistant Secretary |
| **Melissa G. James** | Assistant Secretary |
| **Melody A. Wofford** | Assistant Secretary |

| Continental Signature, Inc. | |
|---|---|
| **Ronald F. Akin** | President, Director |
| **F. Terry Shumate** | Vice President, Director, Treasurer, Secretary |
| **Craig E. Landess** | Vice President |

| Coventry Pointe, Inc. | |
|---|---|
| **Ronald F. Akin** | President, Director |
| **F. Terry Shumate** | Vice President, Director, Treasurer, Secretary |
| **Craig E. Landess** | Vice President |

| EQK Holdings, Inc. | |
|---|---|
| **Daniel J. Moos** | President, Director, Treasurer, Secretary |
| **Rick D. Conley** | Vice President |
| **Bradley J. Kyles** | Vice President |
| **Steven A. Shelley** | Vice President |
| **Pamela M. Arsenault** | Assistant Secretary |
| **Melissa G. James** | Assistant Secretary |

| EQK Holdings, LLC | |
|---|---|
| **Daniel J. Moos** | President, Manager |
| **Steven A. Shelley** | Vice President |
| **Pamela M. Arsenault** | Assistant Secretary |
| **Melissa G. James** | Assistant Secretary |
| **EQK Holdings, Inc.** | Member |

| FRE Real Estate, Inc. | |
|---|---|
| **Ronald F. Akin** | President, Director |
| **F. Terry Shumate** | Vice President, Director, Secretary, Treasurer |
| **Craig E. Landess** | Vice President |
| **Richard D. Morgan** | Vice President |

| Income Opportunity Realty Investors, Inc. | |
|---|---|
| **Daniel J. Moos** | President, Chief Executive Officer |
| **Gene S. Bertcher** | Chief Financial Officer, Executive Vice President |
| **Louis J. Corna** | Executive Vice President, Tax Counsel/General Legal Counsel, Secretary |
| **Alfred Crozier** | Executive Vice President-Residential Construction |
| **Bradley J. Kyles** | Vice President-Residential Management |
| **Steven A. Shelley** | Vice President |
| **Daeho Kim** | Treasurer |
| **Martha C. Stephens** | Director |
| **Peter L. Larsen** | Director (Independent) |

| | |
|---|---|
| **Ted R. Munselle** | Director (Independent) |
| **Robert A. Jakuszewski** | Director (Independent) |
| **Pamela M. Arsenault** | Assistant Secretary |
| **Melissa G. James** | Assistant Secretary |
| **Melody A. Wofford** | Assistant Secretary |

| **IORI Centura, Inc. (*now* Centura Land Corporation)** | |
|---|---|
| **Ronald F. Akin** | President, Director |
| **F. Terry Shumate** | Vice President, Director, Secretary, Treasurer |
| **Craig E. Landess** | Vice President |

| **IORI Operating, Inc.** | |
|---|---|
| **Daniel J. Moos** | President, Director, Secretary |
| **Gene S. Bertcher** | Vice President, Director, Treasurer |
| **Bradley J. Kyles** | Vice President |
| **Steven A. Shelley** | Vice President |
| **Alfred Crozier** | Assistant Secretary |
| **Melissa G. James** | Assistant Secretary |
| **RL S. Lemke** | Assistant Secretary |

| **One Realco Corp.** | |
|---|---|
| **Ronald F. Akin** | President, Director |
| **F. Terry Shumate** | Vice President, Director, Treasurer, Secretary |

| **TCI 109 Beltline, Inc. (*now* Payne North, Inc.)** | |
|---|---|
| **Ronald F. Akin** | President, Director |
| **F. Terry Shumate** | Vice President, Director, Secretary, Treasurer |
| **Craig E. Landess** | Vice President |

| **TCI Adams, LLC (*now* NV Adams, LLC)** | |
|---|---|
| **Ronald F. Akin** | President, Manager |
| **F. Terry Shumate** | Vice President, Manager, Secretary, Treasurer |
| **Craig E. Landess** | Vice President |
| **ABCLD Income, LLC** | Member |

| TCI Amoco Property, LLC (*now* 1340 Poydras, LLC) | |
|---|---|
| **Ronald F. Akin** | President, Manager |
| **F. Terry Shumate** | Vice President, Manager, Secretary, Treasurer |
| **Craig E. Landess** | Vice President |
| **ABCLD Income, LLC** | Member |

| TCI Bridgewood, LLC (*now* NV Bridgewood, LLC) | |
|---|---|
| **Ronald F. Akin** | President, Manager |
| **F. Terry Shumate** | Vice President, Manager, Secretary, Treasurer |
| **Craig E. Landess** | Vice President |
| **ABCLD Income, LLC** | Member |

| TCI Hunters Glen, Inc. (*now* BW Ranch, Inc.) | |
|---|---|
| **Ronald F. Akin** | President, Director |
| **F. Terry Shumate** | Vice President, Director, Secretary, Treasurer |
| **Craig E. Landess** | Vice President |

| TCI McKinney Ranch, Inc. | |
|---|---|
| **Daniel J. Moos** | President, Director |
| **Gene S. Bertcher** | Vice President, Director, Treasurer |
| **Louis J. Corna** | Vice President, Secretary |
| **Steven A. Shelley** | Vice President |
| **Pamela M. Arsenault** | Assistant Secretary |
| **Melissa G. James** | Assistant Secretary |
| **Melody A. Wofford** | Assistant Secretary |

| TCI Pantaze, LLC (*now* NV Pantaze, LLC) | |
|---|---|
| **Ronald F. Akin** | President, Manager |
| **F. Terry Shumate** | Vice President, Manager, Secretary, Treasurer |
| **Craig E. Landess** | Vice President |
| **ABCLD Income, LLC** | Member |

| TCI Ridgepoint, LLC (*now* NV Ridgepoint, LLC) | |
|---|---|
| **Ronald F. Akin** | President, Manager |
| **F. Terry Shumate** | Vice President, Manager, Secretary, Treasurer |
| **Craig E. Landess** | Vice President |
| **ABCLD Income, LLC** | Member |

| **TCI Texas Properties, LLC** (*now* **TX Portfolio, LLC**) | |
|---|---|
| **Ronald F. Akin** | President, Manager |
| **F. Terry Shumate** | Vice President, Manager, Secretary, Treasurer |
| **Craig E. Landess** | Vice President |
| **ABCLD Income, LLC** | Member |

| **Thornwood Land and Cattle, LLC** | |
|---|---|
| **Ronald F. Akin** | President, Manager |
| **F. Terry Shumate** | Vice President, Manager, Secretary, Treasurer |
| **Craig E. Landess** | Vice President |
| **ABCLD Income, LLC** | Member |

| **Transcontinental Realty Investors, Inc.** | |
|---|---|
| **Henry A. Butler** | Chairman |
| **Daniel J. Moos** | President, Chief Executive Officer |
| **Gene S. Bertcher** | Executive Vice President, Chief Financial Officer |
| **Louis J. Corna** | Executive Vice President, Tax Counsel/General Legal Counsel, Secretary |
| **Alfred Crozier** | Executive Vice President-Residential Construction |
| **Bradley J. Kyles** | Vice President-Residential Management |
| **Steven A. Shelley** | Vice President |
| **Sharon Hunt** | Director (Independent) |
| **Robert A. Jakuszewski** | Director (Independent) |
| **Ted R. Munselle** | Director (Independent) |
| **Daeho Kim** | Treasurer |
| **Pamela M. Arsenault** | Assistant Secretary |
| **Melissa G. James** | Assistant Secretary |
| **Melody A. Wofford** | Assistant Secretary |

| **Transcontinental Westgrove, Inc.** (*now* **Parkway North, Inc.**) | |
|---|---|
| **Ronald F. Akin** | President, Director |
| **F. Terry Shumate** | Vice President, Director, Secretary, Treasurer |
| **Craig E. Landess** | Vice President |

| **Westgrove Air Plaza, Ltd.** | |
|---|---|
| **ABCLD Properties, LLC** | Limited Partner |
| **T Sorrento, Inc.** | General Partner |