U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

*Barbara J. Houser*

**United States Bankruptcy Judge**

**Signed March 01, 2011**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| FRE REAL ESTATE, INC., f/k/a | § | Case No.  11-30210-BJH-11 |
| TRANSCONTINENTAL | § | |
| COVENTRY POINTE, INC., | § | |
| | § | |
| Debtor. | § | |

### AGREED ORDER GRANTING IN PART MOTION OF STATE
### BANK OF TEXAS SEEKING TO ANNUL OR, ALTERNATIVELY,
### SEEKING RELIEF FROM, THE AUTOMATIC
### STAY UNDER 11 U.S.C. §362, IF APPLICABLE

Came on for consideration the Motion of **STATE BANK OF TEXAS** (the "Bank") seeking

an to annul of the automatic stay under 11 U.S.C. §362(d)(1), or alternatively, for relief from the

automatic stay, under 11 U.S.C. §362(d)(2) of the United States Bankruptcy Code, if applicable

("the Motion").  Based upon the Motion, and upon the agreements of the Bank and the Debtor, as

evidenced by the signatures of their counsel below, the Court finds that has jurisdiction to hear this

AGREED ORDER GRANTING IN PART MOTION OF STATE BANK OF
OF TEXAS SEEKING TO ANNUL OR, ALTERNATIVELY, SEEKING
RELIEF FROM, THE AUTOMATIC STAY UNDER 11 U.S.C. §362, IF APPLICABLE

PAGE 1 OF 2

matter pursuant to 28 U.S.C. §1334(b), 157(b)(2)(G) (core proceeding) and 11 U.S.C. §362(d), and that there is good cause to enter the relief set forth below.  It is, therefore,

**ORDERED** that the automatic stay under 11 U.S.C. §362(d) is hereby retroactively annulled as to the Bank, effective as of January 4, 2011, such that the automatic stay did not apply to the Bank's foreclosure of property of the Debtor on that date as more particularly described in the Motion, and/or the foreclosure did not constitute a violation of the automatic stay.  It is further,

**ORDERED** that any further relief requested in the Motion, to the extent not expressly granted hereby, is denied without prejudice.

### End of Order ###

**APPROVED FOR ENTRY:**

 */s/Mark Stromberg*
Mark Stromberg, Counsel for State Bank of Texas

 */s/John Gaither*
John Gaither, Counsel for Debtor, FRE Real Estate, Inc.

AGREED ORDER GRANTING IN PART MOTION OF STATE BANK OF
OF TEXAS SEEKING TO ANNUL OR, ALTERNATIVELY, SEEKING
RELIEF FROM, THE AUTOMATIC STAY UNDER 11 U.S.C. §362, IF APPLICABLE

PAGE 2 OF 2