U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

United States Bankruptcy Judge

Signed March 01, 2011

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| FRE REAL ESTATE, INC., | § | Case No. 11-30210-BJH-11 |
| | § | |
| Debtor. | § | Hearing: 2/28/2011 |

**ORDER DENYING MOTION OF FIRST BANK & TRUST CO. AND THE BANK OF WEATHERFORD TO RETROACTIVELY ANNUL THE AUTOMATIC STAY**

On this date, the Court considered the Motion of First Bank & Trust Co. and the Bank of Weatherford to Retroactively Annul the Automatic Stay (the "Motion") [Docket No. 46], and the response to the Motion (the "Response") [Docket No.163] filed by Debtor FRE Real Estate, Inc. ("FRE"). Upon consideration of the Motion, the Response, evidence submitted by the parties, arguments of counsel, and the record before the Court, the Court is of the opinion that the Motion should be denied. Therefore,

**IT IS HEREBY ORDERED** that the Motion is DENIED.

#END OF ORDER#