U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

**United States Bankruptcy Judge**

**Signed March 01, 2011**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| FRE REAL ESTATE, INC., | § | Case No. 11-30210-BJH-11 |
| | § | |
| Debtor. | § | |

**ORDER GRANTING MOTION OF AMERICAN BANK OF COMMERCE
SEEKING TO ANNUL THE AUTOMATIC STAY**

On this date, the Court considered the Motion of American Bank of Commerce Seeking To Annul the Automatic Stay or, Alternatively, Seeking Relief From the Automatic Stay Under 11 U.S.C. § 362 [D.E. 83] (the "Motion"),[1] and the response to the Motion [D.E. 167] filed by FRE. The Court finds that notice of the Motion and the hearing thereon was proper, and is of the opinion that the Motion is well-taken. Therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED that:

1. The Motion is granted as set forth herein.

---
[1] All of the capitalized terms used in this Order, unless otherwise indicated, shall have the same meanings ascribed to them in the Motion.

2. The automatic stay provided by Section 362(a) of the United States Bankruptcy Code with regard to the Austin Property, the Irving Property, and the Kaufman Property is annulled retroactively.

3. This Order is effective immediately upon entry and the enforcement of this Order will not be stayed pursuant to the 10-day stay otherwise prescribed by Bankruptcy Rule 4001(a)(3).

**AGREED:**

By: */s/ Andrew E. Jillson*
Andrew E. Jillson
Texas Bar No. 10666370
Cameron W. Kinvig
Texas Bar No. 24055780
HUNTON & WILLIAMS LLP
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
Telephone: (214) 979-3000
Facsimile: (214) 979-3963

**COUNSEL FOR AMERICAN BANK OF COMMERCE**

By: */s/ Douglas J. Buncher*
Patrick J. Neligan, Jr.
State Bar No. 14866000
Douglas J. Buncher
State Bar No. 03342700
Seymour Roberts, Jr.
State Bar No. 17019150
John D. Gaither
State Bar No. 24055516
NELIGAN FOLEY LLP
325 N. St. Paul, Suite 3600
Dallas, Texas 75201
214-840-5300 – Telephone
214-840-5301 – Facsimile

**PROPOSED ATTORNEYS FOR DEBTOR**

#END OF ORDER#